**MEMORANDUM ENDORSEMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2022

<u>Santiful et al v. Wegmans Food Markets, Inc.</u>, No. 20-cv-2933 (NSR)

Defendant Wegmans Food Markets, Inc.'s motion to dismiss Plaintiffs' Second Amended Complaint is DENIED without prejudice for failure to follow the Court's Individual Practices in Civil Cases. *See* Sec. 3.A.ii.

Notwithstanding, the Court hereby waives the pre-motion conference requirement and grants Defendant leave to file a motion to dismiss in accordance with the following briefing schedule:

(1) Defendant's moving papers are to be served (not filed) on March 30, 2022;
(2) Plaintiffs' opposition papers are to be served (not filed) on April 29, 2022; and
(3) Defendant's reply papers are to be served on May 16, 2022.

All motion papers are to be filed by the parties on the reply date, May 16, 2022. Defendant is directed to refile its moving papers on May 16, 2022. The parties are directed to provide Chambers with two physical courtesy copies of their motion papers on the same date they are served on opposing counsel. The parties are further directed to provide the Court with an electronic courtesy copy of the motion papers as they are served per this Court's local emergency civil rules.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.

DATED: March 30, 2022

White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Valerie Santiful, Tameka Rhoden, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br>-against-<br><br>Wegmans Food Markets, Inc.,<br><br>       Defendant. | Case No. 7:20-cv-02933-NSR<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)** |

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, Defendant Wegmans Food Markets, Inc. moves, before the Honorable Nelson S. Román, United States District Court Judge for the Southern District of New York, at the United States District Courthouse, 300 Quarropas Street, White Plains, NY 10601, for an order dismissing the Second Amended Complaint of Plaintiffs Valerie Santiful and Tameka Rhoden (Dkt. 12) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that the Complaint fails to state a claim upon which relief can be granted.

Dated: March 30, 2022             Respectfully submitted,

                       */s/ August T. Horvath*
                       August T. Horvath (AH 8776)
                       *ahorvath@foleyhoag.com*
                       FOLEY HOAG LLP
                       1301 Sixth Avenue, 25th Floor
                       New York, New York 10019
                       Tel: (212) 812-0344
                       Fax (212) 812-0399
                       *Attorneys for Defendant Wegmans Food Markets, Inc.*

FH10817961.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th of March 2022, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via electronic mail.

/s/ *August Horvath*
August T. Horvath

FH10817961.1