**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Valerie Santiful, Tameka Rhoden, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>-against-<br><br>Wegmans Food Markets, Inc.,<br><br>       Defendant. | Case No. 7:20-cv-02933-NSR<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)** |

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, Defendant Wegmans Food Markets, Inc. moves, before the Honorable Nelson S. Román, United States District Court Judge for the Southern District of New York, at the United States District Courthouse, 300 Quarropas Street, White Plains, NY 10601, for an order dismissing the Second Amended Complaint of Plaintiffs Valerie Santiful and Tameka Rhoden (Dkt. 21) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that the Complaint fails to state a claim upon which relief can be granted.

Dated: March 30, 2022

                  Respectfully submitted,

                  */s/ August T. Horvath*
                  August T. Horvath (AH 8776)
                  *ahorvath@foleyhoag.com*
                  FOLEY HOAG LLP
                  1301 Sixth Avenue, 25th Floor
                  New York, New York 10019
                  Tel: (212) 812-0344
                  Fax (212) 812-0399
                  *Attorneys for Defendant Wegmans Food Markets, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th of March 2022, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via electronic mail.

/s/ *August Horvath*
August T. Horvath

FH10817961.1